United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-15917-amc
Carl A Lorup                                                          Chapter 13
Carole A Lorup
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi                    Page 1 of 2           Date Rcvd: Dec 05, 2017
                                Form ID: pdf900                Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db/jdb         +Carl A Lorup,    Carole A Lorup,    523 Glenfield Avenue,    Glenolden, PA 19036-2402
13582679      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13582680       +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
13582681       +Citibank,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13582683       +Citibank NA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13582682       +Citibank NA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13936632       +Ditech Financial LLC,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13653792       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13582686       +Milstead & Associates, LLC,    1 E Stow Road,    Marlton, NJ 08053-3118
13634519        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13582688       +TD Bank USA,    P.O. Box 673,    Minneapolis, MN 55440-0673
13582689       +Universal/Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13607845        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
13666481       +Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 32232-5038
13582690       +Wells Fargo Financial National Bank,    P.O. Box 94498,    Las Vegas, NV 89193-4498
13634185        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:53:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2017 01:53:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13622681       +E-mail/Text: bncmail@w-legal.com Dec 06 2017 01:53:27     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13582684       +E-mail/PDF: pa_dc_ed@navient.com Dec 06 2017 01:56:16     Dept Of Ed/Navient,    P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
13605081       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 01:53:07     Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone 57709-6154
13989432        E-mail/Text: bankruptcy.bnc@ditech.com Dec 06 2017 01:53:07
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13582685        E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:55:42     Green Tree Servicing LLC,
                 332 Minnesota St,    Ste 610,    Saint Paul, MN 55101
13630887        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 02:01:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13669128        E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:56:15     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13819443       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:56:15     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13582687       +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:55:59     Synchrony Bank,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
13622674       +E-mail/Text: bncmail@w-legal.com Dec 06 2017 01:53:27     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13634186*       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
13582678      ##+Capital One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi                Page 2 of 2                  Date Rcvd: Dec 05, 2017
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Carl A Lorup brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Carole A Lorup brad@sadeklaw.com,  bradsadek@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CARL A LORUP                                       Chapter 13
CAROLE A. LORUP

                        Debtor            Bankruptcy No. 15-15917-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this __5th__ day of __December__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
CARL A LORUP
CAROLE A. LORUP
523 Glenfield Avenue

Glenolden, PA 19036